NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SCOTT D. TENLEY (Cal. Bar No. 298911)
Assistant United States Attorney
    Ronald Reagan Federal Bldg & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-2829
    Facsimile: (714) 338-3561
    E-mail:   scott.tenley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-663-JFW-1 |
|---|---|
| Plaintiff, | ORDER FINDING DEFENDANT WEON KEUK LEE IN BREACH OF PLEA AGREEMENT |
| v. | |
| WEON KEUK LEE, | |
| Defendant. | |

    The Court has reviewed the government's motion for an ordering finding defendant Weon Keuk Lee ("defendant") in breach of the plea agreement and supporting documents filed concurrently therewith, all of which were filed in this matter on October 21, 2020. [The Court has also considered defendant's opposition brief, the government's reply brief, and arguments presented by the parties during the motion hearing on November 23, 2020.]

    For the reasons stated in the government's pleadings, the Court finds that defendant materially breached his plea agreement with the government by knowingly and intentionally failing to appear and plead guilty to the single-count indictment by August 31, 2020 and that the

government did not agree in writing to extend the deadline by which defendant was required to appear and plead guilty.

Having found a breach, the government is entitled to exercise its rights under the plea agreement.

IT IS SO ORDERED.

November 20, 2020
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SCOTT D. TENLEY
Assistant United States Attorney

CC: USPO/PSA; USM